PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM NICHOLAS PRECELLA,<br><br>Defendant. | CASE NO. 1:21-CR-00273-DAD-BAM<br><br>STIPULATION TO SCHEDULE INITIAL APPEARANCE, ARRAIGNMENT, AND CHANGE OF PLEA ON INFORMATION AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The government filed the Information in this case on November 10, 2021.

2. The government extended a plea offer to the defendant through defense counsel on November 10, 2021. The parties are prepared to enter that agreement.

3. By this stipulation, the parties now move to set the case for initial appearance and arraignment, and change of plea on November 29, 2021 at 9:00 a.m.

IT IS SO STIPULATED.

///

///

1

Dated:  November 10, 2021 PHILLIP A. TALBERT
Acting United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  November 10, 2021 /s/ JEFF HAMMERSCHMIDT
JEFF HAMMERSCHMIDT
Counsel for Defendant
ADAM NICHOLAS
PRECELLA

**FINDINGS AND ORDER**

IT IS ORDERED that an initial appearance and arraignment, and change of plea hearing is set for November 29, 2021, at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**November 10, 2021**__          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

3