# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ADAM NICHOLAS PRECELLA<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:21-cr-00273-DAD-BAM |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/19/21

*Defendant's signature*

*Signature of defendant's attorney*

Jeff Hammerschmidt
*Printed name of defendant's attorney*

11/29/21
*Judge's signature*

Dale A. Drozd, United States District Judge
*Judge's printed name and title*